Certificate Number: 20102-PAE-DE-035112363

Bankruptcy Case Number: 20-14229



20102-PAE-DE-035112363

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 22, 2020</u>, at <u>11:10</u> o'clock <u>PM EST</u>, <u>Donald Kern</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 22, 2020</u>　　　　By:  <u>/s/Marcy Walter</u>

　　　　　　　　　　　　　　　　　Name:  <u>Marcy Walter</u>

　　　　　　　　　　　　　　　　　Title:  <u>Certified Personal Finance Counsleor</u>