**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**  **DONALD KERN and JULIANNE KERN,**  Debtors | **Chapter 13 Bankruptcy**  **Bankruptcy No. 20-14229 PMM** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Amended Chapter 13 Plan was served upon the addresses listed below, all creditors and parties in interest by way of electronic means and/or via first class mail on January 5, 2021:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

REBECCA ANN SOLARZ on behalf of Creditor Lakeview Loan Servicing LLC - bkgroup@kmllawgroup.com

Donald L. and Julianne R. Kern
326 Franklin Street
Shoemakersville, PA  19555


                               **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    By:    */s/ Alyssa J. Merkey*
                           1025 Berkshire Blvd., Suite 700
                           Wyomissing, PA  19610
                           610-779-0772

```
Label Matrix for local noticing          United States Trustee                   Reading
0313-4                                   Office of United States Trustee         United States Bankruptcy Court
Case 20-14229-pmm                        200 Chestnut Street                     Office of the Clerk, Gateway Building
Eastern District of Pennsylvania         Suite 502                               201 Penn Street, 1st Floor
Reading                                  Philadelphia, PA 19106-2908             Reading, PA 19601-4038
Tue Jan  5 09:23:50 EST 2021

BEST BUY/CBNA                            CITICARDS CBNA                          CSC Credit Services
5800 SOUTH CORPORATE PLACE               5800 SOUTH CORPORATE PLACE              Box 740040
MAIL CODE 234                            MAIL CODE 234                           Atlanta, GA 30374-0040
SIOUX FALLS, SD 57108-5027               SIOUX FALLS, SD 57108-5027


Capital Management Services LP           Chex Systems Inc.                       Citibank, N.A.
698-1/2 S. Ogden St.                     ATTN: Customer Relations                5800 S Corporate Pl
Buffalo, NY 14206-2317                   7805 Hudson Rd                          Sioux Falls, SD  57108-5027
                                         Suite 100
                                         Woodbury, MN 55125-1703


Credit Control, LLC                      DIAMOND CREDIT UNION                    (p)DISCOVER FINANCIAL SERVICES LLC
PO Box 546                               1600 MEDICAL DRIVE                      PO BOX 3025
Hazelwood, MO 63042-0546                 POTTSTOWN, PA 19464-3281                NEW ALBANY OH 43054-3025


Discover Bank                            Discover Card                           Equifax Information Services LLC
Discover Products Inc                    PO Box 30923                            P.O. Box 740256
PO Box 3025                              Salt Lake City, UT 84130-0923           Atlanta, GA 30374-0256
New Albany OH 43054-3025


Experian                                 KeyBank NA                              Lakeview Loan Servicing LLC
Business Information Services            4910 Tiedeman Rd                        C/O KML Law Group
475 Anton Blvd.                          Brooklyn, OH 44144-2338                 701 Market Street Suite 5000
Costa Mesa, CA 92626-7037                                                        Philadelphia, PA. 19106-1541


Lakeview Loan Servicing LLC              Lakeview Loan Servicing LLC             (p)M&T BANK
C/O REBECCA ANN SOLARZ                   M&T Bank                                LEGAL DOCUMENT PROCESSING
KML Law Group, P.C.                      P.O. Box 840                            626 COMMERCE DRIVE
701 Market Street                        Buffalo, NY 14240-0840                  AMHERST NY 14228-2307
Suite 5000
Philadelphia, PA 19106-1541

McCarthy, Burgess & Wolff                (p)PNC BANK RETAIL LENDING              Penn Credit Corporation
The MB & W Bldg.                         P O BOX 94982                           2800 Commerce Drive
26000 Cannon Road                        CLEVELAND OH 44101-4982                 Harrisburg, PA 17110-9307
Cleveland, OH 44146-1807


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Radius Global Solutions, LLC            SANTANDER BANK N.A.
PO BOX 41067                             P.O. Box 390905                         1130 BERKSHIRE BLVD 3RD FLOOR
NORFOLK VA 23541-1067                    Minneapolis, MN 55439-0905              WYOMISSING, PA 19610-1242



SEARS/CBNA                               Trans Union                             Donald Kern
PO BOX 6497                              P.O. Box 1000                           326 Franklin Street
SIOUX FALLS, SD 57117-6497               Chester, PA 19016-1000                  Shoemakersville, PA 19555-1524
```

GEORGE M. LUTZ
Hartman, Valeriano, Magovern, Lutz, PC
1025 Berkshire Blvd.
Suite 700
P.O. Box 5828
Wyomissing, PA 19610-5828

Julianne Kern
326 Franklin Street
Shoemakersville, PA 19555-1524

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606-2265

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DISCOVER BANK
PO BOX15316
ATT:CMS/PROD DEVELOP
WILMINGTON, DE 19850-5316

M&T BANK
1100 WEHRLE DRIVE
BUFFALO, NY 14240

PNC BANK, NA
P.O.BOX 3180
PITTSBURGH, PA 15222

(d)PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing LLC

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33