United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 20-14229-pmm
Donald Kern    Chapter 13
Julianne Kern
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Feb 25, 2021     Form ID: 155     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Kern, Julianne Kern, 326 Franklin Street, Shoemakersville, PA 19555-1524 |
| 14554410 | + | BEST BUY/CBNA, 5800 SOUTH CORPORATE PLACE, MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 14554412 | + | CITICARDS CBNA, 5800 SOUTH CORPORATE PLACE, MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 14554407 | | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14563076 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14554413 | + | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042-0546 |
| 14554414 | | DIAMOND CREDIT UNION, 1600 MEDICAL DRIVE, POTTSTOWN, PA 19464-3281 |
| 14554416 | + | Discover Card, PO Box 30923, Salt Lake City, UT 84130-0923 |
| 14554408 | + | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14554405 | + | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14572871 | | Lakeview Loan Servicing LLC, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14560223 | + | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14560580 | + | Lakeview Loan Servicing LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14575356 | + | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14554419 | + | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 14554421 | + | Radius Global Solutions, LLC, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14554422 | + | SANTANDER BANK N.A., 1130 BERKSHIRE BLVD 3RD FLOOR, WYOMISSING, PA 19610-1242 |
| 14554423 | + | SEARS/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14554406 | + | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14554410 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 01:09:34 | BEST BUY/CBNA, 5800 SOUTH CORPORATE PLACE, MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 14554412 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 01:11:24 | CITICARDS CBNA, 5800 SOUTH CORPORATE PLACE, MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 14554411 | + | Email/Text: cms-bk@cms-collect.com | Feb 26 2021 01:04:00 | Capital Management Services LP, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14554409 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Feb 26 2021 01:04:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 14563076 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 01:13:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14554415 | | Email/Text: mrdiscen@discover.com | Feb 26 2021 01:03:00 | DISCOVER BANK, PO BOX15316, ATT:CMS/PROD DEVELOP, WILMINGTON, DE 19850-5316 |
| 14558787 | | Email/Text: mrdiscen@discover.com | Feb 26 2021 01:03:00 | Discover Bank, Discover Products Inc, PO Box |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 3025, New Albany OH 43054-3025 |
| 14568971 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 26 2021 01:04:00 | KeyBank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14554417 | | Email/Text: camanagement@mtb.com | Feb 26 2021 01:04:00 | M&T BANK, 1100 WEHRLE DRIVE, BUFFALO, NY 14240 |
| 14554418 | + | Email/Text: bknotices@mbandw.com | Feb 26 2021 01:04:00 | McCarthy, Burgess & Wolff, The MB & W Bldg., 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 14554420 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2021 01:03:00 | PNC BANK, NA, P.O.BOX 3180, PITTSBURGH, PA 15222 |
| 14565449 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2021 01:03:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14568344 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2021 01:09:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14554423 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 01:13:16 | SEARS/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGE M. LUTZ | on behalf of Joint Debtor Julianne Kern glutz@hvmllaw.com amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| GEORGE M. LUTZ | on behalf of Debtor Donald Kern glutz@hvmllaw.com amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Donald Kern and Julianne Kern
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−14229−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 25th day of February 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

26
Form 155