**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **DONALD KERN AND JULIANNE KERN,**  **Debtors** | **Chapter 13 Bankruptcy**  **Bankruptcy No.: 20-14229 PMM** |

**CERTIFICATE OF NO RESPONSE**

I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that adequate notice of the Application for Allowance of Compensation and Reimbursement of Expenses was served upon the Chapter 13 Trustee, United States Trustee, all creditors and parties in interest; And neither the Trustee nor the United States Trustee nor any creditor or interested persons have filed an Answer within the time set by the court, to the Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant the Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date: March 26, 2021

Respectfully submitted,

**Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    */s/ George M. Lutz*

George M. Lutz, Esquire
1025 Berkshire Blvd., Suite 700
Wyomissing, PA  19610
Attorney I.D. No. 46437
Phone:  610-779-0772