| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14229-PMM**

Donald Kern
Julianne Kern
326 Franklin Street
Shoemakersville  PA    19555

Petition Filed Date: 10/26/2020
341 Hearing Date: 11/24/2020
Confirmation Date: 02/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/08/2020 | $1,250.00 | | 01/04/2021 | $1,250.00 | | 01/28/2021 | $940.00 | |
| 02/23/2021 | $940.00 | | 03/23/2021 | $940.00 | | 04/23/2021 | $940.00 | |
| 05/24/2021 | $940.00 | | | | | | | |

**Total Receipts for the Period:  $7,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $20,380.86 | $946.00 | $19,434.86 |
| 2 | DIAMOND FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DIAMOND FEDERAL CREDIT UNION<br>»» 03U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DIAMOND FEDERAL CREDIT UNION<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK NA<br>»» 004 | Unsecured Creditors | $3,609.19 | $167.52 | $3,441.67 |
| 6 | PNC BANK<br>»» 005 | Unsecured Creditors | $10,403.56 | $482.90 | $9,920.66 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,005.90 | $371.61 | $7,634.29 |
| 8 | KEYBANK<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | KEYBANK<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $4,304.02 | $199.78 | $4,104.24 |
| 11 | M&T BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,200.00 | Current Monthly Payment: | $940.00 |
| Paid to Claims: | $6,667.81 | Arrearages: | $0.00 |
| Paid to Trustee: | $532.19 | Total Plan Base: | $57,020.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.