Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-14229-PMM**

Donald Kern  
Julianne Kern  
326 Franklin Street  
Shoemakersville  PA    19555

Petition Filed Date: 10/26/2020  
341 Hearing Date: 11/24/2020  
Confirmation Date: 02/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $940.00 | | 05/24/2021 | $940.00 | | 06/23/2021 | $940.00 | |
| 07/26/2021 | $940.00 | | 08/23/2021 | $940.00 | | 09/23/2021 | $940.00 | |
| 10/25/2021 | $940.00 | | 11/23/2021 | $940.00 | | 12/23/2021 | $940.00 | |
| 01/25/2022 | $940.00 | | 02/24/2022 | $940.00 | | 03/23/2022 | $940.00 | |
| 04/25/2022 | $940.00 | | 05/23/2022 | $940.00 | | 06/24/2022 | $940.00 | |
| 07/25/2022 | $940.00 | | | | | | | |

**Total Receipts for the Period: $15,040.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,360.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $20,380.86 | $5,819.25 | $14,561.61 |
| 2 | DIAMOND FEDERAL CREDIT UNION »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DIAMOND FEDERAL CREDIT UNION »» 03U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DIAMOND FEDERAL CREDIT UNION »» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK NA »» 004 | Unsecured Creditors | $3,609.19 | $1,030.51 | $2,578.68 |
| 6 | PNC BANK »» 005 | Unsecured Creditors | $10,403.56 | $2,970.47 | $7,433.09 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $8,005.90 | $2,285.86 | $5,720.04 |
| 8 | KEYBANK N.A. »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | KEYBANK N.A. »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $4,304.02 | $1,228.93 | $3,075.09 |
| 11 | M&T BANK »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-14229-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,360.00 | Current Monthly Payment: | $940.00 |
| Paid to Claims: | $17,835.02 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,660.18 | Total Plan Base: | $57,020.00 |
| Funds on Hand: | $864.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.