Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-14229-PMM**

Donald Kern  
Julianne Kern  
326 Franklin Street  
Shoemakersville  PA    19555

Petition Filed Date: 10/26/2020  
341 Hearing Date: 11/24/2020  
Confirmation Date: 02/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $940.00 | | 09/23/2022 | $940.00 | | 10/24/2022 | $940.00 | |
| 11/23/2022 | $940.00 | | 12/27/2022 | $940.00 | | 01/24/2023 | $940.00 | |
| 02/24/2023 | $940.00 | | 03/23/2023 | $940.00 | | 04/24/2023 | $940.00 | |
| 05/24/2023 | $940.00 | | 06/26/2023 | $940.00 | | 07/24/2023 | $940.00 | |

**Total Receipts for the Period: $11,280.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,640.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $20,380.86 | $10,335.63 | $10,045.23 |
| 2 | DIAMOND FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DIAMOND FEDERAL CREDIT UNION<br>»» 03U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DIAMOND FEDERAL CREDIT UNION<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK NA<br>»» 004 | Unsecured Creditors | $3,609.19 | $1,830.28 | $1,778.91 |
| 6 | PNC BANK<br>»» 005 | Unsecured Creditors | $10,403.56 | $5,275.88 | $5,127.68 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,005.90 | $4,059.93 | $3,945.97 |
| 8 | KEYBANK N.A.<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | KEYBANK N.A.<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $4,304.02 | $2,182.72 | $2,121.30 |
| 11 | M&T BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 20-14229-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,640.00 | Current Monthly Payment: | $940.00 |
| Paid to Claims: | $28,184.44 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,600.16 | Total Plan Base: | $57,020.00 |
| Funds on Hand: | $855.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.