| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2023 to 07/31/2024
#### Chapter 13 Case No. 20-14229-PMM

| | |
|---|---|
| Donald Kern | Petition Filed Date: 10/26/2020 |
| Julianne Kern | 341 Hearing Date: 11/24/2020 |
| 326 Franklin Street | Confirmation Date: 02/25/2021 |
| Shoemakersville  PA    19555 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2023 | $940.00 | | 09/25/2023 | $940.00 | | 10/23/2023 | $940.00 | |
| 11/27/2023 | $940.00 | | 12/27/2023 | $940.00 | | 01/23/2024 | $940.00 | |
| 02/26/2024 | $940.00 | | 03/25/2024 | $940.00 | | 04/23/2024 | $940.00 | |
| 05/24/2024 | $940.00 | | 06/25/2024 | $940.00 | | 07/23/2024 | $940.00 | |

**Total Receipts for the Period: $11,280.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $43,860.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $20,380.86 | $15,147.35 | $5,233.51 |
| 2 | DIAMOND FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DIAMOND FEDERAL CREDIT UNION<br>»» 03U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DIAMOND FEDERAL CREDIT UNION<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK NA<br>»» 004 | Unsecured Creditors | $3,609.19 | $2,682.40 | $926.79 |
| 6 | PNC BANK<br>»» 005 | Unsecured Creditors | $10,403.56 | $7,732.06 | $2,671.50 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,005.90 | $5,950.06 | $2,055.84 |
| 8 | KEYBANK N.A.<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | KEYBANK N.A.<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $4,304.02 | $3,198.81 | $1,105.21 |
| 11 | M&T BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-14229-PMM**

| **SUMMARY** |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,860.00 | Current Monthly Payment: | $940.00 |
| Paid to Claims: | $39,210.68 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,803.32 | Total Plan Base: | $57,020.00 |
| Funds on Hand: | $846.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.