Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 20-14229-PMM**

Donald Kern  
Julianne Kern  
326 Franklin Street  
Shoemakersville  PA     19555

Petition Filed Date: 10/26/2020  
341 Hearing Date: 11/24/2020  
Confirmation Date: 02/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2024 | $940.00 | | 09/23/2024 | $940.00 | | 10/23/2024 | $940.00 | |
| 11/25/2024 | $940.00 | | 12/26/2024 | $940.00 | | 01/24/2025 | $940.00 | |
| 02/25/2025 | $940.00 | | 03/24/2025 | $940.00 | | 04/23/2025 | $940.00 | |
| 05/23/2025 | $940.00 | | 06/24/2025 | $940.00 | | 07/23/2025 | $940.00 | |

**Total Receipts for the Period: $11,280.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $55,140.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $20,380.86 | $19,676.00 | $704.86 |
| 2 | DIAMOND FEDERAL CREDIT UNION »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DIAMOND FEDERAL CREDIT UNION »» 03U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DIAMOND FEDERAL CREDIT UNION »» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK NA »» 004 | Unsecured Creditors | $3,609.19 | $3,484.37 | $124.82 |
| 6 | PNC BANK »» 005 | Unsecured Creditors | $10,403.56 | $10,043.76 | $359.80 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $8,005.90 | $7,729.02 | $276.88 |
| 8 | KEYBANK N.A. »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | KEYBANK N.A. »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $4,304.02 | $4,155.16 | $148.86 |
| 11 | M&T BANK »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PENN CREDIT CORPORATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PENN CREDIT CORPORATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SANTANDER BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-14229-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $55,140.00 | Current Monthly Payment: | $940.00 |
| Paid to Claims: | $49,588.31 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,663.38 | Total Plan Base: | $57,020.00 |
| Funds on Hand: | $888.31 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.