UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In re:

DONALD L. AND JULIANNE R. KERN,

Debtors

Chapter 13 Bankruptcy

Bankruptcy No. 20-14229 PMM

### CHAPTER 13 DEBTORS' CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(Q)

*Part I. Certification Regarding Domestic Support Obligations*

Pursuant to 11 U.S.C. Section 1328(a), we certify that:

√   Neither of us owed any domestic support obligation when we filed our bankruptcy petition, and we have not been required to pay any such obligation since then.

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), we certify that:

√ We have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that we or a dependent of ours uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtors' Signatures*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on: 10/29/25             _____
Date:                              Donald Kern

Executed on: 10/29/25             _____
Date:                              Julianne Kern