United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-14229-pmm |
|---|---|
| Donald Kern | Chapter 13 |
| Julianne Kern | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 30, 2025 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Kern, Julianne Kern, 326 Franklin Street, Shoemakersville, PA 19555-1524 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 31 2025 00:32:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 31 2025 00:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| George Meany Lutz | |

District/off: 0313-4                      User: admin                                    Page 2 of 2

Date Rcvd: Dec 30, 2025                   Form ID: 138FIN                          Total Noticed: 3

> on behalf of Joint Debtor Julianne Kern glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

George Meany Lutz

> on behalf of Debtor Donald Kern glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

MATTHEW K. FISSEL

> on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
> ECFMail@ReadingCh13.com

United States Trustee

> USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138FIN* (6/24)–doc 49 – 48

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     )
   Donald Kern                         )          Case No. 20–14229–pmm
                                       )
                                       )
   Julianne Kern                       )          Chapter: 13
                                       )
   Debtor(s).                          )

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: December 30, 2025                          For The Court

                                                         Mohung Wong
                                                         Clerk of Court