United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Donald Kern
Julianne Kern
    Debtors

Case No. 20-14229-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Kern, Julianne Kern, 326 Franklin Street, Shoemakersville, PA 19555-1524 |
| 14588328 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 14560580 | + | Lakeview Loan Servicing LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 16 2026 00:33:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 16 2026 00:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14554410 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:43 | BEST BUY/CBNA, 5800 SOUTH CORPORATE PLACE, MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 14554412 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:49 | CITICARDS CBNA, 5800 SOUTH CORPORATE PLACE, MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 14554413 | | Email/Text: correspondence@credit-control.com | Jan 16 2026 00:33:00 | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042 |
| 14554407 | ^ | MEBN | Jan 16 2026 00:30:19 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14554411 | + | Email/Text: cms-bk@cms-collect.com | Jan 16 2026 00:33:00 | Capital Management Services LP, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14554409 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 16 2026 00:33:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1595 |
| 14563076 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14554414 | | Email/Text: bankruptcy@diamondcu.com | Jan 16 2026 00:33:00 | DIAMOND CREDIT UNION, 1600 MEDICAL DRIVE, POTTSTOWN, PA 19464-3281 |
| 14554415 | | Email/Text: mrdiscen@discover.com | Jan 16 2026 00:33:00 | DISCOVER BANK, PO BOX15316, ATT:CMS/PROD DEVELOP, WILMINGTON, DE 19850-5316 |
| 14558787 | | Email/Text: mrdiscen@discover.com | Jan 16 2026 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14554416 | + | Email/Text: mrdiscen@discover.com | Jan 16 2026 00:33:00 | Discover Card, PO Box 30923, Salt Lake City, UT |

District/off: 0313-4                          User: admin                                    Page 2 of 3
Date Rcvd: Jan 15, 2026                       Form ID: 138OBJ                                 Total Noticed: 32

|  |  |  |  |
|---|---|---|---|
|  |  |  | 84130-0923 |
| 14554408 |  | Email/Text: bankruptcycourts@equifax.com | |
|  |  | Jan 16 2026 00:33:00 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14554405 | ^ MEBN |  | |
|  |  | Jan 16 2026 00:30:19 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14568971 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | |
|  |  | Jan 16 2026 00:33:00 | KeyBank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14560223 | ^ MEBN |  | |
|  |  | Jan 16 2026 00:30:27 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14572871 | ^ MEBN |  | |
|  |  | Jan 16 2026 00:30:22 | Lakeview Loan Servicing LLC, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14554417 |  | Email/Text: camanagement@mtb.com | |
|  |  | Jan 16 2026 00:33:00 | M&T BANK, 1100 WEHRLE DRIVE, BUFFALO, NY 14240 |
| 14575356 |  | Email/Text: BankruptcyECFMail@mccalla.com | |
|  |  | Jan 16 2026 00:33:00 | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14554418 |  | Email/Text: bknotices@mbandw.com | |
|  |  | Jan 16 2026 00:33:00 | McCarthy, Burgess & Wolff, The MB & W Bldg., 26000 Cannon Road, Cleveland, OH 44146 |
| 14554419 |  | Email/Text: bankruptcies@penncredit.com | |
|  |  | Jan 16 2026 00:33:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14554420 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Jan 16 2026 00:33:00 | PNC BANK, NA, P.O.BOX 3180, PITTSBURGH, PA 15222 |
| 14565449 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Jan 16 2026 00:33:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14568344 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Jan 16 2026 00:37:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14554421 | + | Email/Text: ngisupport@radiusgs.com | |
|  |  | Jan 16 2026 00:33:00 | Radius Global Solutions, LLC, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14554422 | + | Email/Text: DeftBkr@santander.us | |
|  |  | Jan 16 2026 00:33:00 | SANTANDER BANK N.A., 1130 BERKSHIRE BLVD 3RD FLOOR, WYOMISSING, PA 19610-1242 |
| 14554423 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Jan 16 2026 00:47:55 | SEARS/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14554406 | ^ MEBN |  | |
|  |  | Jan 16 2026 00:30:18 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor Donald Kern glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net |
| George Meany Lutz | on behalf of Joint Debtor Julianne Kern glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net |
| MATTHEW K. FISSEL | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)–doc 51 – 42

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Donald Kern | ) | Case No. 20–14229–pmm |
| | ) | |
| | ) | |
|     Julianne Kern | ) | Chapter: 13 |
| | ) | |
|     Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 15, 2026

For The Court

Mohung Wong
Clerk of Court