# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Donald Kern**<br>       **Julianne Kern**<br>                                    **Debtor(s)**<br><br>**Lakeview Loan Servicing LLC**<br>                                    **Movant**<br>           **vs.**<br><br>**Donald Kern**<br>**Julianne Kern**<br>                                    **Debtor(s)**<br><br>**Scott F. Waterman**,<br>                                    **Trustee** | **BK NO. 20-14229 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 15, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Donald Kern
326 Franklin Street
Shoemakersville, PA 19555

Julianne Kern
326 Franklin Street
Shoemakersville, PA 19555

Attorney for Debtor(s)
George M. Lutz, Esq.
Hartman, Valeriano, Magovern, Lutz, PC
1025 Berkshire Blvd., Suite 700, P.O. Box 5828
Wyomissing, PA 19610

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: November 15, 2022

                                                                                **/s/ Michael P. Farrington**
                                                                                Michael P. Farrington Esq.
                                                                                Attorney I.D. 329636
                                                                                KML Law Group, P.C.
                                                                                BNY Mellon Independence Center
                                                                                701 Market Street, Suite 5000
                                                                                Philadelphia, PA 19106
                                                                                (215) 825-6488
                                                                                mfarrington@kmllawgroup.com